In the Matter of MALCOLM G., a Person Alleged to be a Juvenile Delinquent, Appellant.

Submitted June 25, 2007; decided July 2, 2007

Reported below, 38 AD3d 662.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of SHANE PEEK, Appellant, v ROBERT DENNISON, as Chairman of New York State Division of Parole, Respondent.

Submitted May 29, 2007; decided July 2, 2007

Reported below, 39 AD3d 1239.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR BRYANT, Appellant.

Submitted May 29, 2007; decided July 2, 2007

Reported below, 30 AD3d 1131.

Motion to amend remittitur denied [see 8 NY3d 530].